■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER ERVIN, Appellant.—Judgment unanimously affirmed. Memorandum: The court did not err in admitting the photographs of the body of the victim which portrayed the nature and extent of the injuries that caused the victim's death *(see, People v Pobliner,* 32 NY2d 356, 369-370, *cert denied* 416 US 905). The three cited instances of misconduct by the prosecutor on summation did not deprive defendant of a fair trial. Finally, defendant's sentence was not harsh and excessive. (Appeal from judgment of Supreme Court, Erie County, Rossetti, J.—manslaughter, first degree.) Present—Boomer, J. P., Green, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEON ERVIN, Appellant.—Judgment unanimously affirmed. Memorandum: We affirm for the same reasons expressed in the memorandum in the case of *People v Ervin* (156 AD2d 977 [decided herewith]). In addition, defendant's contention that the verdict sheets were not proper is unpreserved for review since he failed to object to their submission *(see, People v Rodriguez,* 144 AD2d 598, *lv denied* 73 NY2d 895; *People v Battles,* 141 AD2d 748, *lv denied* 72 NY2d 1043; *People v Monroe,* 135 AD2d 741). Were we to reach that contention, we would determine that it lacks merit *(see, People v Fields,* 134 AD2d 365, *lv denied* 72 NY2d 956). (Appeal from judgment of Supreme Court, Erie County, Rossetti, J.—manslaughter, first degree.) Present—Boomer, J. P., Green, Pine, Balio and Lawton, JJ.